NO. 07-11-0076-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
MAY 19, 2011
--------------------------------------------------------------------------------

 CHERYL R. CROFT AND ALL OTHER OCCUPANTS OF
 10418 EASTERN HILL COURT, ROWLETT, TEXAS 75089,
 
 Appellant
 V.
 
 HSBC BANK USA, NA., AS TRUSTEE FOR THE REGISTERED
 HOLDERS OF RENAISSANCE EQUITY LOAN ASSET-BACKED
 CERTIFICATES, SERIES 2007-3,
 
 Appellee
 _____________________________
 
 FROM THE COUNTY COURT AT LAW NO. 3 OF DALLAS COUNTY;
 
 NO. CC-10-06388-C; HONORABLE SALLY MONTGOMERY, PRESIDING

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
Memorandum Opinion
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Cheryl R. Croft (appellant) filed a notice of appeal on December 8, 2010. We dismiss the appeal. The clerks record was filed with this court on March 29, 2011. No reporter's record was taken. Appellant's brief was due on April 28, 2011. No brief was filed by that date, so the Court notified appellant on May 6, 2011, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by May 16, 2011, the appeal would be dismissed for want of prosecution. To date, no brief or motion to extend the deadline has been filed. Nor has the court received any explanation for the omission.
Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); 42.3(b).
Per Curiam